IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-02113-RPM-BNB

PETER NORLANDER,

Plaintiff,

v.

WARDNEY A. KITZMILLER,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **June 22, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated June 8, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge