IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  06-cv-02113-RPM-BNB

PETER NORDLANDER,

    Plaintiff,

v.

WARDNEY A. KITZMILLER,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #28), filed on July 13, 2007, it is

ORDERED that the claims of Plaintiff against Defendant are dismissed with prejudice, each party to pay their own costs.

Dated: July 16th, 2007

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge